UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DONALD AUTEN,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>COUNTY OF CALAVERAS,<br><br>　　　　Defendant. | No.  2:19-cv-01679 JAM AC PS<br><br><br><br>ORDER |

　　　　Plaintiff is proceeding in this action pro se, and the action was accordingly referred to the undersigned for pretrial proceedings by E.D. Cal. R. ("Local Rule") 302(c)(21). Plaintiff has previously requested authority pursuant to 28 U.S.C. § 1915 to proceed in forma pauperis ("IFP") (ECF No. 2) and that request has been granted (ECF No. 3).

I. SCREENING

　　　　The federal IFP statute requires federal courts to dismiss a case if the action is legally "frivolous or malicious," fails to state a claim upon which relief may be granted, or seeks monetary relief from a defendant who is immune from such relief. 28 U.S.C. § 1915(e)(2). Plaintiff's original complaint was rejected on screening with leave to amend. ECF No. 3. Plaintiff timely submitted a First Amended Complaint. ECF No. 6. The court finds that, for screening purposes only, the claims in the First Amended Complaint and sufficiently cognizable to support service.

1

## II. CONCLUSION

For the reasons stated above, IT IS HEREBY ORDERED that:

1. Service is appropriate for the following defendants:

    o County of Calaveras

2. The Clerk of the Court is directed to issue forthwith, and the U.S. Marshal is directed to serve within ninety days of the date of this order, all process pursuant to Federal Rule of Civil Procedure 4, without prepayment of costs.

3. The Clerk of the Court shall send plaintiff the above: one USM-285, one summons, a copy of the complaint, and an appropriate form for consent to trial by a magistrate judge.

4. Plaintiff is directed to supply the U.S. Marshal, within 15 days from the date this order is filed, all information needed by the Marshal to effect service of process, <u>and shall promptly file a statement with the court that said documents have been submitted to the United States Marshal</u>. The court anticipates that, to effect service, the U.S. Marshal will require, for each defendant in ¶ 3, above, at least:

    a. One completed summons;

    b. One completed USM-285 form;

    c. One copy of the endorsed filed complaint, with an extra copy for the U.S. Marshal;

    d. One copy of the instant order; and

    e. An appropriate form for consent to trial by a magistrate judge.

5. In the event the U.S. Marshal is unable, for any reason whatsoever, to effect service on any defendant within 90 days from the date of this order, the Marshal is directed to report that fact, and the reasons for it, to the undersigned.

6. The Clerk of the Court is directed to serve a copy of this order on the U.S. Marshal, 501 "I" Street, Sacramento, Ca., 95814, Tel. No. (916) 930-2030.

////

////

////

2

1       7. Failure to comply with this order may result in a recommendation that this action be
2  dismissed.
3       IT IS SO ORDERED.
4  DATED: December 18, 2019

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE

1
2
3
4
5
6
7

8                              UNITED STATES DISTRICT COURT
9                          FOR THE EASTERN DISTRICT OF CALIFORNIA
10

11   DONALD AUTEN,                              No. 2:19-cv-01679 JAM AC (PS)
12              Plaintiff,
13        v.                                    NOTICE OF SUBMISSION
14   COUNTY OF CALAVERAS,
15              Defendant.
16

17        Plaintiff has submitted the following documents to the U.S. Marshal, in compliance with
18   the court's order filed _____:
19        ____   completed summons form
20        ____   completed USM-285 form
21        ____   copy of the complaint
22        ____   completed form to consent or decline to consent to magistrate judge jurisdiction
23

24   _____     _____
     Date                                    Plaintiff's Signature
25
26
27
28
                                              1