UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DONALD AUTEN,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>COUNTY OF CALAVERAS,<br><br>　　　　Defendant | Case No.: 1:20-cv-00329-NONE-EPG<br><br>ORDER GRANTING PLAINTIFF'S MOTION FOR EXTENSION OF TIME AND CLARIFYING CERTAIN MATTERS<br><br>(ECF Nos. 17, 20) |

Plaintiff Donald Auten ("Plaintiff") filed the complaint commencing this action in forma pauperis on August 28, 2019. (ECF No. 1).

Plaintiff's complaint was filed in the Sacramento Division of the Eastern District of California. On February 24, 2020, Defendant County of Calaveras moved to dismiss the action or to transfer it to Fresno. (ECF No. 14). On March 4, 2020, Magistrate Judge Allison Claire transferred this action to the Fresno Division under Local Rule 120.[1] (ECF No. 17). On March 16, 2020, Plaintiff filed a Motion for Clarification. On March 18, 2020, Defendant County of Calaveras moved to dismiss the action. (ECF No. 19). On May 11, 2020, Plaintiff moved for an extension of time to respond to the Motion to Dismiss. (ECF No. 20).

---

[1] The Local Rules for the Eastern District of California are available at http://www.caed.uscourts.gov/caednew/assets/File/Local%20Rules%20Effective%202-1-2019(3).pdf.

The Court begins by considering Plaintiff's Motion for Clarification. Plaintiff asks for "clarification to the Order dated March 3, 2020 signed by Honorable Allison Claire, United States Magistrate[] Judge . . . and also clarification to Defend[a]nt's Notice of Motion for Dismissal or Transfer dated February 24, 2020." (ECF No. 17).

Defendants moved to dismiss the action or to have the action transferred to Fresno. (ECF No. 14). Local Rule 120(d) says:

> All civil and criminal actions and proceedings of every nature and kind cognizable in the United States District Court for the Eastern District of California arising in Calaveras, Fresno, Inyo, Kern, Kings, Madera, Mariposa, Merced, Stanislaus, Tulare, and Tuolumne counties shall be commenced in the United States District Court sitting in Fresno, California . . . .

Under Local Rule 120(f), a judge "may transfer the action to another venue within the District." That is what Magistrate Judge Allison Claire did with the Intradistrict Transfer. (ECF No. 14). The action is now being heard in the Fresno Division of the Eastern District of California.

Plaintiff also asks for an extension of time to respond to Defendant's Motion to Dismiss and to obtain outside counsel. (ECF No. 20). Plaintiff's motion is GRANTED.

It is HEREBY ORDERED that Plaintiff shall have until July 6, 2020, to respond to Defendant's Motion to Dismiss, (ECF No. 19).

IT IS SO ORDERED.

Dated:   **May 13, 2020**                              /s/ Erica P. Grosjean
                                                        UNITED STATES MAGISTRATE JUDGE