UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DONALD AUTEN,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>COUNTY OF CALAVERAS,<br><br>　　　　　Defendant. | No.  1:20-cv-00329-NONE-EPG (PS)<br><br>ORDER DENYING PLAINTIFF'S MOTION FOR EXTENSION OF TIME AND CONTINUING DEADLINE TO FILE OBJECTIONS TO COURT'S FINDINGS AND RECOMMENDATIONS<br><br>(ECF No. 29) |

　　　　Pending before the Court is Plaintiff Donald Auten's motion for an extension of time to file an amended complaint. (ECF No. 29). For the reasons below, the Court denies Plaintiff's motion, but extends the deadline to file objections to Findings and Recommendations to this Court's recommendation to the District Judge regarding Defendant's motion to dismiss.

　　　　On December 4, 2020, the Court issued findings and recommendations, recommending that the District Judge grant Defendant County of Calaveras's motion to dismiss, dismiss Plaintiff Donald Auten's complaint, and grant Plaintiff leave to amend. (ECF No. 28). The Court provided Plaintiff with twenty-one days to object to the Court's findings and recommendations. (*Id.* at 9).

　　　　On December 28, 2020, Plaintiff filed for the motion for extension of time to amend his complaint, (ECF No. 29), which is now before the Court. Plaintiff states he needs more time to be able to state his claims concisely.

　　　　There is not currently a deadline for Plaintiff to amend his complaint.  Instead, the Court's

1

December 4, 2020 findings and recommendations, if adopted by the district judge, would dismiss Plaintiff's pending complaint and grant Plaintiff leave to amend his complaint within thirty days of the district judge's order. The deadline for filing objections to the findings and recommendations was December 25, 2020. That deadline has passed, and although Plaintiff filed the instant motion, he has not objected to the findings and recommendations.

In an abundance of caution, the Court will grant Plaintiff an additional thirty days to file any objections to the findings and recommendations regarding Defendant's motion to dismiss. If Plaintiff wishes to file an amended complaint, his objections may include a motion to file an amended complaint. The Court will consider the motion in connection with ruling on the motion to dismiss.[1]

If the district judge adopts the findings and recommendations, then Plaintiff will have another 30 days to file an amended complaint after the district judge enters the order. That may occur whether or not Plaintiff files any objections to the pending findings and recommendations.

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff's motion for an extension of time to file an amended complaint (ECF No. 29) is DENIED.
2. Either party may file objections to the Court's findings and recommendations (ECF No. 28) within thirty days of the date of this order.

IT IS SO ORDERED.

Dated:   **January 8, 2021**              /s/ Erica P. Grosjean
                                          UNITED STATES MAGISTRATE JUDGE

---

[1] The standard for granting leave to amend complaints is located in Federal Rule of Civil Procedure 15(a)(2). Under Eastern District of California Local Rule 137(c), Plaintiff must include a copy of his proposed amended complaint as an exhibit to his motion:
> If filing a document requires leave of court, such as an amended complaint after the time to amend as a matter of course has expired, counsel shall attach the document proposed to be filed as an exhibit to moving papers seeking such leave and lodge a proposed order as required by these Rules. If the Court grants the motion, counsel shall file and serve the document in accordance with these Rules and the Federal Rules of Civil and Criminal Procedure.

Local Rule 137(c).