UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DONALD K. AUTEN,<br><br>    Plaintiff,<br><br>    v.<br><br>COUNTY OF CALAVERAS,<br><br>    Defendant. | No. 1:20-cv-00329-NONE-EPG<br><br>ORDER TO DEFENDANT TO SERVE PLAINTIFF OR CLARIFY SERVICE ADDRESS |

Plaintiff Donald K. Auten is proceeding *pro se* in this matter. The docket and Plaintiff's most recent filing, (ECF No. 32 at 1), both indicate that Plaintiff's address is:

    P.O. Box 63
    Angels Camp, CA 95222

Defendant County of Calaveras recently filed a motion to dismiss. (ECF No. 33). Its proof of service stated that it served Plaintiff with a copy of the motion at:

    1191 Booster Way, Box 63
    Angels Camp, CA 95222

(*Id.* at 3). Given this discrepancy, it is not clear whether Plaintiff has been served with a copy of the motion to dismiss.

///

///

1

Accordingly, it is HEREBY ORDERED that no later than April 15, 2021, Defendant shall file proof of service of Plaintiff at the P.O. Box address above or explain the discrepancy.

IT IS SO ORDERED.

Dated: __**April 8, 2021**__                          /s/ Erica P. Grosjean
                                                       UNITED STATES MAGISTRATE JUDGE