UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DONALD AUTEN,<br><br>             Plaintiff,<br><br>     v.<br><br>COUNTY OF CALAVERAS,<br><br>             Defendant. | No. 1:20-cv-00329-NONE-EPG (PS)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS<br><br>(Doc. No. 40) |

Plaintiff Donald Auten is proceeding *pro se* and *in forma pauperis* in this disability discrimination case.  This action proceeds on plaintiff's second amended complaint against defendant County of Calaveras for alleged violation of plaintiff's rights under the Americans with Disabilities Act.  Defendant's pending motion to dismiss was referred to the assigned magistrate judge on April 6, 2021.  (Doc. No. 34.)

On July 22, 2021, the assigned magistrate judge issued findings and recommendations, recommending that defendant's motion to dismiss be:  (1) denied as to plaintiff's claims of employment discrimination and failure to accommodate; (2) granted to the extent plaintiff is attempting to state a separate claim for failure to engage in the interactive process; (3) and granted as to plaintiff's retaliation claim.  (Doc. No. 40.)  Additionally, the assigned magistrate judge recommended that defendant's request for judicial notice be denied.

/////

Those findings and recommendations were served on the parties and contained notice that any objections thereto were to be filed within twenty-one (21) days after service. (*Id.* at 14.) No party has filed any objections, and the deadline to do so has expired.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304, this court has conducted a *de novo* review of this case. Having carefully reviewed the entire file, the court finds the findings and recommendations to be supported by the record and proper analysis.

Accordingly,

1. The findings and recommendations issued on July 22, 2021 (Doc. No. 40), are adopted in full;
2. Defendant's motion to dismiss (Doc. No. 33) is denied as to plaintiff's claims of employment discrimination and failure to accommodate;
3. Defendant's motion to dismiss (Doc. No. 33) is granted as to plaintiff's claims of failure to engage in the interactive process and retaliation; and
4. Defendant's request for judicial notice (Doc. No. 33-2) is denied.

IT IS SO ORDERED.

Dated: __**August 18, 2021**__    _____
UNITED STATES DISTRICT JUDGE