UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DONALD AUTEN,<br><br>    Plaintiffs,<br><br>    v.<br><br>COUNTY OF CALAVERAS,<br><br>    Defendants. | No. 1:20-cv-00329-DJC-CKD (PS)<br><br>ORDER |

This matter was referred to a United States Magistrate Judge pursuant to Local Rule 302(c)(21). On September 29, 2023, the Magistrate Judge filed findings and recommendations herein which contained notice that any objections to the findings and recommendations were to be filed within fourteen days. (ECF No. 71.) No party has filed timely objections to the findings and recommendations.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304, this Court has conducted a review of this case. Having carefully reviewed this matter, the Court finds the findings and recommendations to be supported by the record and by proper analysis.

Accordingly, IT IS HEREBY ORDERED as follows:

1. The findings and recommendations filed September 29, 2023 (ECF No. 71),

1

1         are adopted in full.

2    2. Defendant's motion for summary judgment is granted as to plaintiff's

3        remaining claims under the ADA.

4    3. Judgment is entered in favor of defendant, County of Calaveras.

5    4. The Clerk of the Court is directed to close this case.

IT IS SO ORDERED.

Dated: **February 23, 2024**

Hon. Daniel J. Calabretta
UNITED STATES DISTRICT JUDGE

8
auten1.20cv329.jo